IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02042-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

RICK RAEMISCH (Executive Director), Colorado Dept. of Corrections, and
DARYL PROFITT (Employee of C.D.O.C.), Faith and Citizens Programs,

Defendant(s).

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion to request Discovery to The Defendants for 13-cv-02042-WJM-MJW (Docket No. 34) is denied.  Plaintiff must seek discovery from defendants in accordance with the applicable Federal Rules of Civil Procedure rather than through a motion to the court.

Date: March 12, 2014