IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02042-WJM-MJW

JOSEPH VIGIL,

Plaintiff(s),

v.

RICK RAEMISCH (Executive Director), Colorado Dept. of Corrections, and
DARYL PROFITT (Employee of C.D.O.C.), Faith and Citizens Programs,

Defendant(s).

## **MINUTE ORDER**

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that the plaintiff's Motion for Dispositives for Case No 13-CV-02042- WJM- MJW (Docket No. 46) is denied without prejudice. The court cannot discern what relief plaintiff is seeking in this motion.

Date: May 29, 2014